No. 81–5127. FEARANCE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 81–5184. CASANOVA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5191. OATES v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 81–5193. CALLOWAY v. MORRIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 81–5194. FARRAKHAN v. XEROX CORP. C. A. 8th Cir. Certiorari denied.

No. 81–5196. MORROW v. WYRICK, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–5198. PARKHURST ET AL. v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 81–5199. NEAL v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 81–5203. WASHINGTON v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 81–5210. ZATKO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 81–5212. CLUMM v. JAGO, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Ohio. Certiorari denied.

No. 81–5219. SWAIN v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 81–5223. VAUGHN v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.